No. 77–5432. RICHARDSON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 77–5434. GREEN v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–5435. DOAK, AKA MCDONALD v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 77–5438. CRUM v. WALTER H. BRYAN, INC., ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 77–5442. ROZELL v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–5444. SALOUKAS v. CODD, POLICE COMMISSIONER OF THE CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 77–5451. BOTTOS v. RUMAN ET AL. Ct. App. Ind. Certiorari denied.

No. 77–5463. HOLSEY v. MARYLAND COURT OF APPEALS. Ct. App. Md. Certiorari denied.

No. 77–5487. RAYSOR v. WOLF & CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–5498. STUART v. ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 77–5500. GRAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5517. DOHERTY v. OUTAGAMIE BANK. C. A. 7th Cir. Certiorari denied.

No. 77–5528. HIGHTOWER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5530. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.